UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEFFREY FORTENBERRY,<br><br>*Defendant*. | Criminal No. 1:24-cr-221 (TNM) |

**UNITED STATES' UNOPPOSED MOTION TO DISMISS INDICTMENT WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48(a)**

Pursuant to Federal Rule of Criminal Procedure 48(a), the United States of America, by and through the undersigned counsel, hereby moves to dismiss the Indictment against the Defendant with prejudice. Counsel for the Defendant has indicated that they do not oppose the motion. A proposed order is enclosed.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
District of Columbia
D.C. Bar No. 481866

JOSEPH T. MCNALLY
Acting United States Attorney
Central District of California

/s/
Timothy Visser (D.C. Bar No. 1028375)
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-2590
timothy.visser@usdoj.gov

Brian Faerstein (Cal. Bar No. 274850)
Special Assistant United States Attorney
312 N. Spring Street, Suite 1500
Los Angeles, CA
(213) 894-3819
brian.faerstein@usdoj.gov